# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Tammy Lynne Duckworth, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff), | ) | 5:15-cv-00129-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendan(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2017 Order.

April 26, 2017

*[signature]*

Frank G. Johns, Clerk
United States District Court